BNDDUTY,CLOSED

# U.S. District Court
# Southern District of Florida (Ft Lauderdale)
# CRIMINAL DOCKET FOR CASE #: 0:26−mj−06478−JMS All Defendants

Case title: USA v. Jesus Luis Morell

Date Filed: 08/20/2026

Date Terminated: 08/20/2026

---

Assigned to: Magistrate Judge
Jared M. Strauss

**Defendant (1)**

**Jesus Luis Morell**
86831−512
*YOB 1962 English*
*TERMINATED: 08/20/2026*

represented by **Marc David Seitles**
Seitles & Litwin, P.A.
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, FL 33128
305−403−8070
Fax: 305−403−8210
Email: mseitles@seitleslaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 15:U.S.C.§78j(b) and 78ff SECURITIES FRAUD | |

---

**Plaintiff**

**USA** represented by **Justin W. McCormack**
US Attorney's Office
Miami, FL 33128
Email: justin.mccormack@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2026 | 11 | ORDER OF REMOVAL ISSUED to District of Southern District of New York as to Jesus Luis Morell Closing Case for Defendant. Signed by Magistrate Judge Jared M. Strauss on 8/20/2026. *See attached document for full details.* (smy) (Entered: 08/20/2026) |
| 08/20/2026 | 10 | $5,000,000 PSB Bond Entered as to Jesus Luis Morell Approved by Magistrate Judge Jared M. Strauss. *Please see bond image for conditions of release.* (smy) (Additional attachment(s) added on 8/20/2026: # 1 Restricted Bond with 7th Page) (smy). (Entered: 08/20/2026) |
| 08/20/2026 | 9 | PAPERLESS ORDER granting 8 Motion for Bond. Bond recommendation/set: Jesus Luis Morell (1) $5,000,000 PSB. as to Jesus Luis Morell (1). Signed by Magistrate Judge Jared M. Strauss on 8/20/2026. (smy) (Entered: 08/20/2026) |
| 08/20/2026 | 8 | Joint **ORE TENUS** MOTION for Bond as to Jesus Luis Morell. (smy) (Entered: 08/20/2026) |
| 08/20/2026 | 7 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Jesus Luis Morell (smy) (Entered: 08/20/2026) |
| 08/20/2026 | 6 | Minute Order for proceedings held before Magistrate Judge Jared M. Strauss: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Jesus Luis Morell held on 8/20/2026. Bond recommendation/set: Jesus Luis Morell (1) $5,000,000 PSB. Defendant released. Defendant waived removal, waiver signed. Order of Removal issued. (Digital 11:36:47−11:54:12) Signed by Magistrate Judge Jared M. Strauss on 8/20/2026. (smy) (Entered: 08/20/2026) |
| 08/20/2026 | 5 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Marc David Seitles appearing for Jesus Luis Morell (smy) (Entered: 08/20/2026) |
| 08/20/2026 | 4 | ORDER granting 3 Motion to Unseal Case as to Jesus Luis Morell (1). Signed by Magistrate Judge Jared M. Strauss on 8/20/2026. *See attached document for full details.* (smy) (Entered: 08/20/2026) |
| 08/20/2026 | 3 | **ORE TENUS** MOTION to Unseal Case by USA as to Jesus Luis Morell. (smy) (Entered: 08/20/2026) |
| 08/20/2026 | 2 | NOTICE OF HEARING as to Jesus Luis Morell Initial Appearance − Rule 5(c)(3)/40 set for 8/20/2026 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. (smy) (Entered: 08/20/2026) |
| 08/20/2026 | | Arrest of Jesus Luis Morell (smy) (Entered: 08/20/2026) |
| 08/20/2026 | 1 | Magistrate Judge Removal of Indictment from Southern District of New York Case number in the other District 26−cr−362 as to Jesus Luis Morell (1). (smy) (Main Document 1 replaced on 8/20/2026) (smy). (Entered: 08/20/2026) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-6478-MJ-STRAUSS

UNITED STATES OF AMERICA

vs

ORDER OF REMOVAL

JESUS LUIS MORELL

It appearing that in the **Southern District of New York an Indictment** was filed against the above-named defendant, that the defendant was arrested in the Southern District of Florida and was given a hearing before a **United States Magistrate Judge at Fort Lauderdale, Florida,** which official committed the defendant for removal to the **Southern District of New York.**

it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge for removal and posted bail in the amount of $5 Million **Personal/Cash OR Corporate Surety Bond** which was approved by the United States Magistrate Judge, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bail bond furnished by the defendant, and it is further

ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Fort Lauderdale, Florida this 20th day of August, 2026.

JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

cc: Miami, Financial

61 Revised 03/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**APPEARANCE BOND: ______________________**

**CASE NO.: 26-6478-MJ-STRAUSS**

FILED BY______D.C.
AUG 20 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES OF AMERICA:

Plaintiff,

vs.

USM **#:86797-512**

JESUS MORELL,

Defendant,

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ 5,000,000 PSB

**STANDARD CONDITIONS OF BOND**

**The conditions of this bond are that the defendant:** Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

1. May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

2. May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

3. Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

4. Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

**SPECIAL CONDITIONS OF BOND**

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

SURRENDER BY AUG 25, 2026

✓ a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

✓ b. Report to Pretrial Services as follows: ( ) as directed or __ time(s) a week in person and __ time(s) a week by telephone;

_ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

_ d. Refrain from ____excessive OR ___abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medical practitioner;

_ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

_ f. Employment restriction(s): ________________________________

_ g. Maintain or actively seek full-time employment;

_ h. Maintain or begin an educational program;

_ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.;

_ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

✓ k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

✓ l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court;

_ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.;

_ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

_ o. **LOCATION MONITORING PROGRAM:** The defendant shall participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

i) Following the location restriction component **(check one):**

_ (1) **Curfew**. You are restricted to your residence every day (_) from __________ to _______, or (_) as directed by the supervising officer; or

_ (2) **Home Detention**. You are restricted to your residence at all times except employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the supervising officer; or

_ (3) **Home Incarceration**. You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court.

_ (4) **Stand-Alone Monitoring**. You have no residential component (curfew, home detention, or home incarceration) restriction. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

ii) Submit to the following location monitoring technology **(check one)**:

__ (1) Location monitoring technology as directed by the supervising officer; or

__ (2) GPS; or

__ (3) Radio Frequency; or

__ (4) Voice Recognition; or

_ (5) Virtual Mobile Application. You must allow pretrial serviced or supervising officer to conduct initial and periodic inspection of the mobile devise and mobile application verify that 1) the monitoring software is functional, 2) the required configurations (e.g., location services) are unaltered, and 3) no efforts have been made to alter the mobile application.

iii) (_) pay all or part of the cost of the location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the supervising officer

— p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by ( )Pretrial Services or ( ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:

( ) employment
( ) education
( ) religious services
( ) medical, substance abuse, or mental health treatment
( ) attorney visits
( ) court appearances
( ) court ordered obligations
( ) reporting to Pretrial Services
( ) other ____________________________________________

_ q. Third-Party Custody: ______________________________ will serve as a third-party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third-party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

_ r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

_ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

_ t. Additional Sex Offense Conditions for Defendants Charged or Convicted of a Sexual Offense:

1. ( ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
2. ( ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
3. ( ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
4. ( ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
5. ( ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
6. ( ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
7. ( ) The defendant shall not be involved in any children's or youth organizations.
8. ( ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
9. ( ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

✓ u. May travel to and from: SD/FL, MD/FL, SD/NY, ED/NY, and must notify Pretrial Services of travel plans before leaving and upon return.

✓ v. Comply with the following additional conditions of bond: RESIDE AT CURRENT ADDRESS

* MUST NOTIFY PRETRIAL SERVICES IF TRAVELING TO MD/FL within 48 hours. NOT TO OBTAIN LINES OF CREDIT OR DEBT

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 20th day of August, 20 26 at Fort Lauderdale, Florida

Signed and acknowledged before me: [signature]

**WITNESS:** [signature]

Fort Lauderdale, FL
City, State

**DEFENDANT: (Signature)** [signature]

Ft Lauderdale, Fla.
City, State

### CORPORATE SURETY

Signed this ______ day of ______________, 20___ at ______________, Florida

**SURETY:** ______

______ City ______ State

**AGENT: (Signature)** ______

**PRINT NAME:** ______

### INDIVIDUAL SURETIES

Signed this __ day of __________, 20__ at ________, Florida

**SURETY: (Signature)** ______________

**PRINT NAME:** ______________

**RELATIONSHIP TO DEFENDANT:** ______________

______ City ______ State

Signed this __ day of __________, 20__ at ________, Florida

**SURETY: (Signature)** ______________

**PRINT NAME:** ______________

**RELATIONSHIP TO DEFENDANT:** ______________

______ City ______ State

Signed this __ day of __________, 20__ at ________, Florida

**SURETY: (Signature)** ______________

**PRINT NAME:** ______________

**RELATIONSHIP TO DEFENDANT:** ______________

______ City ______ State

Signed this __ day of __________, 20__ at ________, Florida

**SURETY: (Signature)** ______________

**PRINT NAME:** ______________

**RELATIONSHIP TO DEFENDANT:** ______________

______ City ______ State

### APPROVAL BY THE COURT

**Date:** 0 8 / 2 0 / 2 0 2 6

[signature]

**JARED M. STRAUSS**
**UNITED STATES MAGISTRATE JUDGE**

61 Revised 03/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**APPEARANCE BOND: ________________________**

**CASE NO.: 26-6478-MJ-STRAUSS**

FILED BY________D.C.
AUG 20 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES OF AMERICA:

Plaintiff,

vs.

USM #:86797-512

JESUS MORELL,

Defendant,

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ 5,000,000 PSB

**STANDARD CONDITIONS OF BOND**

**The conditions of this bond are that the defendant:** Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

1. May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

2. May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

3. Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

4. Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

Case 1:26-mj-06478-JMS Document 10-1 (Court only) Filed 08/20/2026 Page 11 of 32



## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

✓ a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case; SURRENDER BY AUG 25, 2026

✓ b. Report to Pretrial Services as follows: ( ) as directed or __ time(s) a week in person and __ time(s) a week by telephone;

_ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

_ d. Refrain from ____excessive OR ___abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medical practitioner;

_ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

_ f. Employment restriction(s): ______________________________

_ g. Maintain or actively seek full-time employment;

_ h. Maintain or begin an educational program;

_ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.;

_ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

✓ k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

✓ l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court;

_ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.;

_ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

_ o. **LOCATION MONITORING PROGRAM:** The defendant shall participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

i) Following the location restriction component **(check one):**

_ (1) **Curfew**. You are restricted to your residence every day (_) from __________ to ______, or (_) as directed by the supervising officer; or

_ (2) **Home Detention**. You are restricted to your residence at all times except employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the supervising officer; or

_ (3) **Home Incarceration**. You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court.

_ (4) **Stand-Alone Monitoring**. You have no residential component (curfew, home detention, or home incarceration) restriction. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

ii) Submit to the following location monitoring technology **(check one)**:

__ (1) Location monitoring technology as directed by the supervising officer; or

__ (2) GPS; or

__ (3) Radio Frequency; or

__ (4) Voice Recognition; or

_ (5) Virtual Mobile Application. You must allow pretrial serviced or supervising officer to conduct initial and periodic inspection of the mobile devise and mobile application verify that 1) the monitoring software is functional, 2) the required configurations (e.g., location services) are unaltered, and 3) no efforts have been made to alter the mobile application.

iii) (_) pay all or part of the cost of the location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the supervising officer

— p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by ( )Pretrial Services or ( ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:

( ) employment
( ) education
( ) religious services
( ) medical, substance abuse, or mental health treatment
( ) attorney visits
( ) court appearances
( ) court ordered obligations
( ) reporting to Pretrial Services
( ) other ____________________________________________

Case 0:26-mj-06477-JMS Document 1-1 (Court only) Filed 08/20/2026 Page 13 of 32



_ q. Third-Party Custody: ________________________________will serve as a third-party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third-party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

— r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

__ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

__ t. Additional Sex Offense Conditions for Defendants Charged or Convicted of a Sexual Offense:

1. ( ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
2. ( ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
3. ( ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
4. ( ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
5. ( ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
6. ( ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
7. ( ) The defendant shall not be involved in any children's or youth organizations.
8. ( ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
9. ( ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

✓ u. May travel to and from: SD/FL, MD/FL, and must notify Pretrial Services of travel plans before leaving and upon return. SD/NY, ED/NY

✓ v. Comply with the following additional conditions of bond: RESIDE AT CURRENT ADDRESS

* MUST NOTIFY PRETRIAL SERVICES IF TRAVELING TO MD/FL within 48 hours. NOT TO OBTAIN LINES OF CREDIT OR DEBT

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

**PENALTIES AND SANCTIONS APPLICABLE TO SURETIES**

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

**SIGNATURES**

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

**DEFENDANT**

Signed this 20th day of August, 20 26 at Fort Lauderdale, Florida

Signed and acknowledged before me: [signature]

**WITNESS:** ______________

Fort Lauderdale (City) FL (State)

**DEFENDANT: (Signature)** [signature]

Ft Lauderdale Fla. (City) ______ (State)

**CORPORATE SURETY**

Signed this ______ day of ______________, 20____ at ____________, Florida

**SURETY:** ________ **AGENT: (Signature)** ______

**PRINT NAME:** ________

__________ (City) __________ (State)

**INDIVIDUAL SURETIES**

Signed this __ day of __________, 20__ at ________, Florida

**SURETY: (Signature)** ______________

**PRINT NAME:** ______________

**RELATIONSHIP TO DEFENDANT:** ______________

__________ (City) __________ (State)

Signed this __ day of __________, 20__ at ________, Florida

**SURETY: (Signature)** ______________

**PRINT NAME:** ______________

**RELATIONSHIP TO DEFENDANT:** ______________

__________ (City) __________ (State)

Signed this __ day of __________, 20__ at ________, Florida

**SURETY: (Signature)** ______________

**PRINT NAME:** ______________

**RELATIONSHIP TO DEFENDANT:** ______________

__________ (City) __________ (State)

Signed this __ day of __________, 20__ at ________, Florida

**SURETY: (Signature)** ______________

**PRINT NAME:** ______________

**RELATIONSHIP TO DEFENDANT:** ______________

__________ (City) __________ (State)

**APPROVAL BY THE COURT**

**Date:** 08 / 20 / 2026

[signature]

**JARED M. STRAUSS**
**UNITED STATES MAGISTRATE JUDGE**

CM/ECF RESTRICTED

**DEFENDANT: J. MORELL**
**CASE NUMBER: 26-6477-MJ-JMS**
**MS9AGE SEVEN**

**PENALTIES AND SANCTIONS APPLICABLE TO SURETIES**

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

**SIGNATURES**

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

**DEFENDANT**

Signed this 20th day of August, 202( at Ft Lauderdale, Florida

Signed and acknowledged before me:
**WITNESS:** [signature]
**ADDRESS:** 200 SE Andrews Ave. Suite 700
Ft Laud FL **ZIP:** 33301

**DEFENDANT: (Signature)** ______________
**ADDRESS:** 2816 NE 38th St
Ft. Laud. FL **ZIP:** 33308
**TELEPHONE:** (954) 648-9120

**CORPORATE SURETY**

Signed this ________ day of ________________, 20 ____ at ______________, Florida

**SURETY:** ________
**ADDRESS:** ________
________ **ZIP:** ________

**AGENT: (Signature)** ________
**PRINT NAME:** ________
**TELEPHONE:** ________

**INDIVIDUAL SURETIES**

Signed this __ day of __________, 20__ at ________, Florida
**SURETY: (Signature)** ________________
**PRINT NAME:** ________________
**RELATIONSHIP TO DEFENDANT:** ________
**ADDRESS:** ________________
________________ **ZIP:** ________
**TELEPHONE:** ________________

Signed this __ day of __________, 20__ at ________, Florida
**SURETY: (Signature)** ________________
**PRINT NAME:** ________________
**RELATIONSHIP TO DEFENDANT:** ________
**ADDRESS:** ________________
________________ **ZIP:** ________
**TELEPHONE:** ________________

Signed this __ day of __________, 20__ at ________, Florida
**SURETY: (Signature)** ________________
**PRINT NAME:** ________________
**RELATIONSHIP TO DEFENDANT:** ________
**ADDRESS:** ________________
________________ **ZIP:** ________
**TELEPHONE:** ________________

Signed this __ day of __________, 20__ at ________, Florida
**SURETY: (Signature)** ________________
**PRINT NAME:** ________________
**RELATIONSHIP TO DEFENDANT:** ________
**ADDRESS:** ________________
________________ **ZIP:** ________
**TELEPHONE:** ________________

MIME−Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Justin W. McCormack (caseview.ecf@usdoj.gov, jelenia.weeks@usdoj.gov, justin.mccormack@usdoj.gov, usafls−brdkt@usdoj.gov, usafls.ftlscheduler@usdoj.gov), Marc David Seitles (mseitles@seitleslaw.com, nguitian@seitleslaw.com), Magistrate Judge Jared M. Strauss (strauss@flsd.uscourts.gov)
--Non Case Participants: Financial Clerk (flsd_financial@flsd.uscourts.gov), United States Pretrial, Probation and PSIunit Office (DQA) (flsp_dqa@flsp.uscourts.gov, mia_dqa@flsp.uscourts.gov)
--No Notice Sent:

Message−Id:27049689@flsd.uscourts.gov
Subject:Activity in Case 0:26−mj−06478−JMS USA v. Jesus Luis Morell Order on Motion for Bond
Content−Type: text/html

**U.S. District Court**

**Southern District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 8/20/2026 at 1:44 PM EDT and filed on 8/20/2026

| | |
|---|---|
| **Case Name:** | USA v. Jesus Luis Morell |
| **Case Number:** | 0:26−mj−06478−JMS |
| **Filer:** | |
| **Document Number:** | 9(No document attached) |

**Docket Text:**
**PAPERLESS ORDER granting [8] Motion for Bond. Bond recommendation/set: Jesus Luis Morell (1) $5,000,000 PSB. as to Jesus Luis Morell (1). Signed by Magistrate Judge Jared M. Strauss on 8/20/2026. (smy)**

**0:26−mj−06478−JMS−1 Notice has been electronically mailed to:**

Justin W. McCormack     justin.mccormack@usdoj.gov, CaseView.ECF@usdoj.gov, jelenia.weeks@usdoj.gov, USAFLS−BRDKT@usdoj.gov, USAFLS.FTLScheduler@usdoj.gov

Marc David Seitles     mseitles@seitleslaw.com, nguitian@seitleslaw.com

**0:26−mj−06478−JMS−1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

```
MIME−Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
−−Case Participants: Justin W. McCormack (caseview.ecf@usdoj.gov, jelenia.weeks@usdoj.gov,
justin.mccormack@usdoj.gov, usafls−brdkt@usdoj.gov, usafls.ftlscheduler@usdoj.gov), Marc
David Seitles (mseitles@seitleslaw.com, nguitian@seitleslaw.com), Magistrate Judge Jared
M. Strauss (strauss@flsd.uscourts.gov)
−−Non Case Participants: United States Pretrial, Probation and PSIunit Office (DQA)
(flsp_dqa@flsp.uscourts.gov, mia_dqa@flsp.uscourts.gov)
−−No Notice Sent:

Message−Id:27049684@flsd.uscourts.gov
Subject:Activity in Case 0:26−mj−06478−JMS USA v. Jesus Luis Morell Motion for Bond
```

Content−Type: text/html

**U.S. District Court**

**Southern District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 8/20/2026 at 1:43 PM EDT and filed on 8/20/2026

| | |
|---|---|
| **Case Name:** | USA v. Jesus Luis Morell |
| **Case Number:** | 0:26−mj−06478−JMS |
| **Filer:** | USA |
| **Document Number:** | 8(No document attached) |

**Docket Text:**
**Joint ORE TENUS MOTION for Bond as to Jesus Luis Morell. (smy)**

**0:26−mj−06478−JMS−1 Notice has been electronically mailed to:**

Justin W. McCormack     justin.mccormack@usdoj.gov, CaseView.ECF@usdoj.gov, jelenia.weeks@usdoj.gov, USAFLS−BRDKT@usdoj.gov, USAFLS.FTLScheduler@usdoj.gov

Marc David Seitles     mseitles@seitleslaw.com, nguitian@seitleslaw.com

**0:26−mj−06478−JMS−1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

Our Case No: 26-6478-MJ-STRAUSS
Your Case No: 26-CR-362

**UNITED STATES OF AMERICA**

**vs** **WAIVER OF REMOVAL/IDENTITY HEARING**

**JESUS LUIS MORELL**

I , **Jesus Morell** charged in a proceeding on an **Indictment filed in the Southern District of New York in Violation of 15:U.S.C.§78j, 78ff, AND 18:U.S.C.1348, 2 Securities Fraud and** having been arrested in the **Southern District of Florida** (**Fort Lauderdale**) and taken before **United States Magistrate Judge Jared M. Strauss** for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a removal hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned Magistrate Judge and consent to the issuance of a Warrant for my Removal to the **Southern District of New York** where the aforesaid charge is pending against me.

**Thursday August 20, 2026**

Signature of defendant

**Jared M. Strauss**
**United States Magistrate Judge (08/20/2026)**

cc: All Counsel

UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (310-B)

DEFT: **JESUS LUIS MORELL (J)#** CASE NO: **26-6478-STRAUSS**

AUSA: **J. ANTON** ATTY: **MARC SEITLES (TEMPORARY NOTICE)**

USPO: VIOL: **15:U.S.C.§78j, 78ff and 18:U.S.C. §1348, 2**

PROCEEDING: **INITIAL APPEARANCE ON A REMOVAL FROM DISTRICT NY** RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no COUNSEL APPOINTED:

BOND SET @: **5 MILLION PSB** To be cosigned by:

- ☐ All standard conditions
- ☐ Do not encumber property.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or_ x=s a week/month by phone; _ x=s a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Electronic Monitoring:
- ☐ Travel extended to:
- ☐ Other:

**DEFENDANT PRESENT IN COURT WITH COUNSEL GOVT MOVES TO UNSEAL INDICTMENT. ORE TENUS MOTION GRANTED. ORDER SIGNED. ADVISED OF CHARGES. MR. SEITLES FILED NOTICE OF TEMPORARY APPEARANCE IN COURT. JOINT ORE TENUS MOTION FOR BOND IS GRANTED. COURT SETS BOND OF $5 MILLION PSB. DEFENDANT WAIVED REMOVAL. SIGNED WAIVER ORDER OF REMOVAL SIGNED. DEFENDANT RELEASED ALL FURTHER PROCEEDINGS WILL BE IN THE SOUTHERN DISTRICT OF NEW YORK.**

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| **PTD/PRELIM HEARING:** | | | | |
| **ARRAIGN OR REMOVAL:** | | | | |
| **PROB CAUSE HEARING** | | | | |

**08/20/26** TIME: **11:00 AM** FTL/TAPE/# JMS- Begin **310-B**

**[20 MINUTES] *** RECORDED IN ROOM 310-B COURTROOM****

*****THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES OR NO)** **DAR: 11:36:47-11:54:12**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-6478-STRAUSS

UNITED STATES OF AMERICA,
Plaintiff,

v.

JESUS LUIS MORELL
Defendant.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

COMES NOW Marc Seitles and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Marc Seitles

Counsel's Signature: [signature]

Address (include City/State/Zip Code):
200 S. Andrews Ave, Suite 900
Fort Lauderdale, Fl 33301

Telephone: 786-877-3997 Florida Bar Number: 0178284

Date: 8/20/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA
Plaintiff
vs

Case No: **26-6478-MJ-STRAUSS**

JESUS LUIS MORELL
Defendant

**ORDER**

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a **SEALED INDICTMENT** filed in the **Southern District New York**.

UPON ORAL motion of the government in open court that the **SEALED INDICTMENT** be unsealed as to this defendant, it is hereby ORDERED AND ADJUDGED that the **Sealed Indictment be Unsealed** as to ALL DEFENDANT (s) in this case.

DONE AND ORDERED at Fort Lauderdale, Florida this 20th day of AUGUST, 2026.

JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Magistrate Judge Jared M. Strauss (strauss@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:27049585@flsd.uscourts.gov
Subject:Activity in Case 26-6478 Sealed v. Sealed (Redacted Notice)
```

Content−Type: text/html

**U.S. District Court**

**Southern District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 8/20/2026 at 1:29 PM EDT and filed on 8/20/2026

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 0:26−mj−06478−JMS *SEALED* |
| **Filer:** | USA |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
**ORE TENUS MOTION to Unseal Case by USA as to Jesus Luis Morell. (smy)**

**0:26−mj−06478−JMS *SEALED*−1 No electronic public notice will be sent because the case/entry is sealed.**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Magistrate Judge Jared M. Strauss (strauss@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:27047712@flsd.uscourts.gov
Subject:Activity in Case 26-6478 Sealed v. Sealed (Redacted Notice)
```

Content−Type: text/html

**U.S. District Court**

**Southern District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 8/20/2026 at 10:12 AM EDT and filed on 8/20/2026

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 0:26−mj−06478−JMS *SEALED* |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
**NOTICE OF HEARING as to Jesus Luis Morell Initial Appearance − Rule 5(c)(3)/40 set for 8/20/2026 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. (smy)**

**0:26−mj−06478−JMS *SEALED*−1 No electronic public notice will be sent because the case/entry is sealed.**

MIME−Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Magistrate Judge Jared M. Strauss (strauss@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message−Id:27047710@flsd.uscourts.gov
Subject:Activity in Case 26−6478 Sealed v. Sealed (Redacted Notice)
Content−Type: text/html

**U.S. District Court**

**Southern District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 8/20/2026 at 10:11 AM EDT and filed on 8/20/2026

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 0:26−mj−06478−JMS *SEALED* |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest of Jesus Luis Morell (smy)**

**0:26−mj−06478−JMS *SEALED*−1 No electronic public notice will be sent because the case/entry is sealed.**

FILED BY AT D.C.
Aug 20, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESUS LUIS MORELL,<br><br>Defendant. | **SEALED INDICTMENT**<br><br>26 Cr.<br><br>26 CRIM 362 |

OUR CASE NO: 26-6478-MJ-STRAUSS

**COUNT ONE**
**(Securities Fraud)**

The Grand Jury charges:

1. Between in or about May 2022 and in or about May 2025, JESUS LUIS MORELL, the defendant, engaged in a scheme to trade on misappropriated material nonpublic information concerning the quarterly financial results of his employer, HEICO Corporation ("HEICO"), in breach of his duties to the company and its shareholders. As a result of this illegal conduct, MORELL generated more than $1.8 million in profits.

2. HEICO is a publicly traded aerospace, industrial, defense, and electronics company, with common stock and Class A common stock that trade on the New York Stock Exchange, based in the Southern District of New York. At all relevant times, JESUS LUIS MORELL, the defendant, served as President of HEICO Parts Group, a collection of subsidiaries of HEICO Aerospace Holdings Corp., and President of HEICO Repair Group, a collection of subsidiaries of HEICO Flight Support Corp., and as a member of the Board of Directors of HEICO Aerospace Holdings Corp. In those roles, MORELL routinely received internal reports concerning HEICO's principal business segment, the Flight Support Group, including monthly sales, operating income, and other financial results.

3. By virtue of his employment, JESUS LUIS MORELL, the defendant, owed a duty of trust and confidence to HEICO and was prohibited from misusing or disclosing HEICO's confidential information for personal gain. MORELL was also prohibited by company policy from trading in HEICO stock or options while in possession of material nonpublic information, and from trading during quarterly "blackout" periods that began at the close of business on the last day of each fiscal quarter and continued until the close of business on the first trading day after HEICO publicly disclosed that quarter's financial results. HEICO's Code of Business Conduct and Insider Trading Policy, which MORELL certified approximately once a year that he had received and understood, set forth these restrictions and warned employees that "[m]aterial undisclosed information about HEICO's business" constitutes inside information, and trading "on the basis of insider information, regardless of how small or large the trade may be, is a serious violation of US securities laws."

<u>MORELL Committed Insider Trading Ahead of HEICO's Q2 2022 Earning Announcement</u>

4. HEICO's second quarter of Fiscal Year 2022 began February 1, 2022, and ended April 30, 2022. During that quarter, JESUS LUIS MORELL, the defendant, received regular reports on the financial and sales performance of the Flight Support Group, including nonpublic information about actual and forecasted net sales, operating income, and other financial results, together with comparisons to budgeted and prior-year figures. On or about May 18, 2022, MORELL attended a meeting with senior HEICO leadership to prepare for the company's second-quarter earnings call, scheduled for the following week.

5. That same day, on or about May 18, 2022, JESUS LUIS MORELL, the defendant, directed his broker to purchase 45,000 shares of HEICO Class A common stock (HEI.A) at $109 per share or better. When the broker warned him of the risk of concentrating in a single stock,

MORELL responded that he was "well aware of the risk" but was "very comfortable" trading HEICO stock because he had worked at the company for 25 years and "heads up one of their major divisions." MORELL placed the order, which executed later that day at approximately $108.82 per share for a total cost basis of $4,896,840.33, during HEICO's trading blackout period, notwithstanding the fact that MORELL had told his broker he was "aware of his trading restrictions" with HEICO.

6. On or about May 23, 2022, after the market closed, HEICO announced its second-quarter financial results, reporting a 20% increase in net income and a 15% increase in net sales, driven mainly by record quarterly operating income at the Flight Support Group. The sales and income figures HEICO disclosed for the Flight Support Group closely tracked the nonpublic figures JESUS LUIS MORELL, the defendant, had received before placing his trade. On or about May 27, 2022, and June 2, 2022, MORELL sold all 45,000 HEI.A shares at prices of approximately $118.50 per share and $117.82 per share, realizing a profit of $422,777.87.

MORELL Committed Insider Trading Ahead of HEICO's Q2 2025 Earnings Announcement

7. HEICO's second quarter of fiscal year 2025 ran from February 1, 2025, to April 30, 2025. During that quarter, JESUS LUIS MORELL, the defendant, again received regular reports on the financial and sales performance of the Flight Support Group, including nonpublic information about actual and forecasted net sales and operating income.

8. On or about April 21, 2025, JESUS LUIS MORELL, the defendant, purchased 34,462 shares of HEICO Class A common stock (HEI.A) at approximately $189.34 per share, for a total cost basis of approximately $6,525,080.67.

9. On or about May 27, 2025, after the market closed, HEICO announced its second-quarter financial results, reporting a 27% increase in net income and a 15% increase in net sales,

driven by "double-digit consolidated organic net sales growth" across the Flight Support Group. The net sales and operating income figures HEICO disclosed for the Flight Support Group closely tracked the nonpublic figures JESUS LUIS MORELL, the defendant, had received before placing his April 21, 2025 trade. The following day, on or about May 28, 2025, MORELL sold all 34,462 shares at approximately $231.28 per share, realizing a profit of approximately $1,445,177.75. MORELL's sale was made during the company's trading blackout period, which remained in effect until the close of trading on May 28, 2025.

<u>Statutory Allegations</u>

10. From at least in or about February 2022 up to and including at least in or about June 2022, in the Southern District of New York and elsewhere, JESUS LUIS MORELL, the defendant, willfully and knowingly, directly and indirectly, by the use of a means and instrumentality of interstate commerce and of the mails, and of a facility of a national securities exchange, used and employed, in connection with the purchase and sale of a security, a manipulative and deceptive device and contrivance, in violation of Title 17, Code of Federal Regulations, Section 240.10b-5, by: (a) employing a device, scheme, and artifice to defraud; (b) making an untrue statement of a material fact and omitting to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and (c) engaging in an act, practice, and course of business which operated and would operate as a fraud and deceit upon a person, to wit, MORELL purchased and sold securities while in knowing possession of material, nonpublic information he received through his employment about HEICO's second quarter of fiscal year 2022 financial results, in violation of the duty of trust and confidence he owed to the source of the information.

(Title 15, United States Code, Sections 78j(b) and 78ff; Title 17, Code of Federal Regulations, Section 240.10b-5; Title 18, United States Code, Section 2)

**COUNT TWO**
**(Securities Fraud)**

The Grand Jury further charges:

11. The allegations contained in paragraphs 1 through 9 of this Indictment are hereby repeated, re-alleged, and incorporated by reference as if fully set forth herein.

12. From at least in or about February 2025 up to and including at least in or about May 2025, in the Southern District of New York and elsewhere, JESUS LUIS MORELL, the defendant, willfully and knowingly, directly and indirectly, by the use of a means and instrumentality of interstate commerce and of the mails, and of a facility of a national securities exchange, used and employed, in connection with the purchase and sale of a security, a manipulative and deceptive device and contrivance, in violation of Title 17, Code of Federal Regulations, Section 240.10b-5, by: (a) employing a device, scheme, and artifice to defraud; (b) making an untrue statement of a material fact and omitting to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and (c) engaging in an act, practice, and course of business which operated and would operate as a fraud and deceit upon a person, to wit, MORELL purchased and sold securities while in knowing possession of material, nonpublic information he received through his employment about HEICO's second quarter of fiscal year 2025 financial results, in violation of the duty of trust and confidence he owed to the source of the information.

(Title 15, United States Code, Sections 78j(b) and 78ff; Title 17, Code of Federal Regulations, Section 240.10b-5; Title 18, United States Code, Section 2)

**COUNT THREE**
**(Securities Fraud)**

The Grand Jury further charges:

13. The allegations contained in paragraphs 1 through 9 of this Indictment are hereby

repeated, re-alleged, and incorporated by reference as if fully set forth herein.

14. From at least in or about February 2022 up to and including at least in or about May 2025, in the Southern District of New York and elsewhere, JESUS LUIS MORELL, the defendant, knowingly executed, and attempted to execute, a scheme and artifice to defraud a person in connection with a security of an issuer with a class of securities registered under Section 12 of the Securities Exchange Act of 1934 and that was required to file reports under Section 15(d) of the Securities Exchange Act of 1934, to wit, in knowing breach of duties MORELL owed to HEICO, MORELL used material nonpublic information obtained from HEICO to execute the purchase of HEICO securities.

(Title 18, United States Code, Sections 1348(1) and 2.)

**FORFEITURE ALLEGATION**

15. As a result of committing the offenses alleged in Count One through Three of this Indictment, JESUS LUIS MORELL, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

**Substitute Assets Provision**

16. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

[redacted]
FOREPERSON
Aug 17, 2026

James M. McDonald
JAMES M. MCDONALD
United States Attorney